February 7, 1974

## Balliet et al. *v.* G. H. Delp Company, Appellant, et al.

Argued December 4, 1973. *Thomas F. Traud, Jr.,* with him *Richard F. Stevens,* and *Butz, Hudders & Tallman,* for appellant; *Edward C. McCardle,* for appellees.

Order affirmed.

SPAULDING, J., absent.